JACK B. CLARKE, JR., Bar No. 120496
VAN T. VU, Bar No. 200680
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083
jack.clarke@bbklaw.com
van.vu@bbklaw.com

Attorneys for Defendant
ELK GROVE UNIFIED SCHOOL DISTRICT

DEBRA J. WRIGHT, Bar No. 224921
4322 St. Andrews Drive
Stockton, CA 95219
Telephone: (209) 473-3419
Telecopier: (209) 473-1315
fairdbr@comcast.net

Attorneys for Plaintiff
KATELYN BOTTI, a minor, etc., et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATELYN BOTTI, a minor, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELK GROVE UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | No. 2:05-cv-2529-MCE-DAD <br><br> **JOINT STIPULATION AND ORDER EXTENDING DATES** |

**STIPULATION**

Plaintiff Katelyn Botti, a minor, by and through Jessica Stiles-Varma, her Guardian Ad Litem ("Plaintiff"), and Defendant Elk Grove Unified School District ("Defendant"), by and through their respective counsel of record (the "Parties"), and subject to the approval of this Court, hereby stipulate as follows:

1.      Plaintiff and Defendant filed a Joint Status/Rule 26(f) Report on March 28, 2006, setting forth proposed dates in this matter.

2.      On April 18, 2006, this Court issued its Pretrial (Status) Scheduling Order setting forth deadlines and Court dates.  Pursuant to this Order, the Court set the following dates:

- September 18, 2006:  Motion Cut-Off;
- September 21, 2006:  Confidential Settlement Conference Statements Due;
- October 5, 2006 at 10:00 a.m.:  Settlement Conference;
- December 4, 2006:  Joint Pretrial Statement Deadline;
- December 18, 2006 at 1:30 p.m.: Final Pretrial Conference;
- January 17, 2007 by 3:00 p.m.:  Trial Exhibits due to Courtroom Clerk; and
- January 24, 2007 at 9:00 a.m.:  Trial.

3.      On January 11, 2006, Plaintiffs' counsel's office requested that the Office of Administrative Hearings ("OAH") provide copies of the official transcripts from the underlying administrative due process hearing that was held on April 26, 27, 28 and May 3, 4, 5, 6, 2005.

4.      Plaintiff was informed by OAH that the administrative transcripts would be prepared and forwarded by the end of May 2006.

5.      On June 6, 2006, Plaintiffs' counsel's office again contacted OAH to find out the status of receiving the administrative transcripts and was advised that the administrative transcripts would not be completed until at least the end of June 2006.

6.      As a result of the delay in receiving the administrative transcripts from OAH, this case is not ready to be tried and, therefore, Plaintiff and Defendant respectfully request that the deadlines be extended for a short period of time in order to receive and review the administrative transcript.

7.      This is essentially an "appeal" of an administrative hearing officer's decision in a matter under the Individual with Disabilities Education Act.  20 U.S.C. § 1400, et seq.

While the hearing on this matter will be a trial, the Court bases its decision on the administrative record and upon additional evidence if the Court allows the admission of that evidence. 20 U.S.C. §1415, subd. (i).

8. Because of the unique nature of this proceeding, and in light of the delay in receiving the administrative transcript, the Parties stipulate and respectfully request that the Court extend the dates already scheduled to allow the Parties adequate time to receive and review the administrative record, as follows:

- November 2, 2006:  Motion Cut-Off;
- November 6, 2006:  Confidential Settlement Conference Statements Due;
- November 20, 2006 at 10:00 a.m.:  Settlement Conference;
- January 18, 2007:  Joint Pretrial Statement Deadline;
- February 1, 2007 at 1:30 p.m.: Final Pretrial Conference;
- January 31, 2007 by 3:00 p.m.:  Trial Exhibits due to Courtroom Clerk; and
- March 9, 2007 at 9:00 a.m.:  Trial.

Good cause exists for the granting of the requested continuance and the Parties respectfully request that the dates set by this Court be extended as shown above.

SO STIPULATED.

Dated: June _____, 2006         BEST BEST & KRIEGER LLP


By:_____
JACK B. CLARKE, JR.
VAN T. VU
Attorneys for Defendant
ELK GROVE UNIFIED SCHOOL DISTRICT

Dated: June _____, 2006         DEBRA J. WRIGHT


By:_____
Debra J. Wright
Attorneys for Plaintiff
KATELYN BOTTI, a minor, etc., et al.

The dates proposed by the parties are not available for the Court. The Court orders the following extended deadline:

- Dispositive motion shall be heard on or before October 30, 2006;
- November 30, 2006: Confidential Settlement Conference Statements Due;
- December 7, 2006 at 10:00 a.m.: Settlement Conference before the Honorable Dale A. Drozd;
- January 22, 2007: Joint Pretrial Statement Deadline;
- February 5, 2007 at 1:30 p.m.: Final Pretrial Conference;
- March 7, 2007 by 3:00 p.m.: Trial Exhibits due to Courtroom Clerk; and
- March 14, 2007 at 9:00 a.m.: Trial.

IT IS SO ORDERED.

Dated: June 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE