Debra Wright (224921)
Attorney at Law
4322 St. Andrews Drive
Stockton, CA 95219
Ph. (209) 473-3419
Fx. (209) 473-1315

Attorney for Katelyn Botti

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATELYN BOTTI, A minor, By and Through JESSICA STILES-VARMA Her Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> ELK GROVE UNIFIED SCHOOL DISTRICT, <br><br> Defendant. _____/ | No. 2:05-cv-2529-MCE-DAD <br><br> PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER APPOINTING GUARDIAN AD LITEM |

  Petitioner Jessica Stiles-Varma alleges that Plaintiff Katelyn Botti is a minor, who is twelve years- old, born on September 9, 1993, diagnosed with Autistic Disorder

  Petitioner, Jessica Stiles-Varma is the mother of Plaintiff in the above-entitled case. Plaintiff brings this action as an appeal from an administrative due process hearing decision pursuant to 20 U.S.C Section 1400 et. seq. and California Education Code Section 56000 et.seq.

  Plaintiff has no general Guardian, and no previous Petition for Appointment of a Guardian Ad Litem has been filed in this matter.

  Jessica Stiles-Varma is competent to act as Guardian Ad Litem.

  WHEREFORE, Petitioner Jessica Stiles-Varma prays that sh be appointed as Guardian Ad Litem for Plaintiff.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: _____
Katelyn Botti

## CONSENT OF NOMINEE

I, Jessica Stiles-Varma, consent to act as Guardian Ad Litem for the minor Plaintiff Katelyn Botti in the above-entitled action.

Dated: _____
Jessica Stiles-Varma

## ORDER APPOINTING GUARDIAN AD LITEM

The Court having considered the petition of Jessica Stiles-Varma for the appointment of Guardian Ad Litem for Petitioner, a minor, who is Plaintiff in the above-captioned action, and good cause appearing,

IT IS ORDERED that Jessica Stiles-Varma be appointed Guardian Ad Litem for Katelyn Botti in the above-captioned action.

Dated: September 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE