**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATELYN BOTTI, a minor, etc., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No.  2:05-CV-2529-MCE-DAD<br>Judge: Honorable Morrison C. England, Jr.<br><br>ORDER CONTINUING DATES PURSUANT TO STIPULATION OF THE PARTIES |

## **ORDER**

On  December 5, 2006, the Parties submitted a Joint Stipulation agreeing that (1) no pretrial conference is necessary as the case will be based on the Administrative Record and, (2) agreeing to ask the Court to allow the parties to submit briefs citing to the Administrative Record.

Having read the Stipulation, and good cause appearing therefore, the Court sets the following briefing schedule:

  1  Confidential Settlement Conference Statements due January 18, 2007;

  2  Settlement Conference: January 25, 2007, at 10:00 a.m. before the Honorable Dale A. Drozd;

  3  Motion Cut-Off date:  February 16, 2007;

4   Plaintiffs' Opening Trial Brief:  March 16, 2007;

5   Defendant's Opposition Brief:  April 13, 2007;

6   Plaintiff's Reply Brief:  May 4, 2007;

7   Defendant's Surrebutal Brief (discretionary):  May 18, 2007;

8   Oral Argument/Trial:  June 18, 2007, at 09:00 a.m. before the Honorable Morrison C. England, Jr.;

9   No brief exceeding twenty (20) pages will be accepted by the court without prior written approval of the court; and

10  A pretrial conference is not necessary as the case will be based on the Administrative Record.  The current pretrial conference date of February 5, 2007 and bench trial date of March 14, 2007 are vacated.

IT IS SO ORDERED

DATED: December 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE