1  JACK B. CLARKE, JR., Bar No. 120496
   VAN T. VU, Bar No. 200680
2  BEST BEST & KRIEGER LLP
   3750 University Avenue
3  P.O. Box 1028
   Riverside, California 92502
4  Telephone: (951) 686-1450
   Telecopier: (951) 686-3083

5

6  Attorneys for Defendant
   ELK GROVE UNIFIED SCHOOL DISTRICT

7  DEBRA J. WRIGHT, Bar No. 224921
   4322 St. Andrews Drive
8  Stockton, CA  95219
   Telephone: (209) 473-3419
9  Telecopier: (209) 473-1315

10 Attorneys for Plaintiffs
   KATELYN BOTTI, a minor, etc., et al.

11                 UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14

   KATELYN BOTTI, a minor, etc., et al.,          Case No.  2:05-cv-2529-MCE-DAD
15
                       Plaintiffs,
16                                                 ORDER CONTINUING DATES PURSUANT
         v.                                        TO STIPULATION OF THE PARTIES
17
   ELK GROVE UNIFIED SCHOOL
18 DISTRICT,

19                     Defendant.

20

21        On March 1, 2007, the Parties submitted a Joint Stipulation agreeing to continue dates to

22 allow the Parties to continue in settlement negotiations.

23        Having read the Stipulation, and good cause appearing therefore, the Court sets the

24 following new briefing schedule:

25        •       Plaintiff's Opening Trial Brief:  May 18, 2007;

26        •       Defendant's Opposition Brief:  June 15, 2007;

27        •       Plaintiff's Reply Brief: July 6, 2007;

28        •       Defendant's Surrebutal Brief (discretionary): July 20, 2007; and

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

1        • Oral Argument/Trial:  August 27, 2007 at 09:00 a.m.  The case will be

2    based on the Administrative Record.

3

4        **IT IS SO ORDERED.**

5    DATED: March 8, 2007

6    _____

      MORRISON C. ENGLAND, JR

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVLIT\COWEN\714915.1                     - 2 -        ORDER CONTINUING DATES PURSUANT TO
                                                      STIPULATION OF THE PARTIES 2:05-CV-2529-
                                                      MCE-DAD