# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATELYN BOTTI, etc., et al.<br><br>    Plaintiff,<br><br>vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 2:05-cv-02529-MCE-DAD<br>Judge: Morrison C. England, Jr.<br><br>**ORDER OF DISMISSAL PURSUANT TO PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL** |

IT IS SO ORDERED.

Dated: May 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE